No. 84–6939. BLAIR, DBA BLAIRCO, INC. *v.* CHAFIN, DBA H. TRUMAN CHAFIN LEGAL CORP. C. A. 4th Cir. Certiorari denied.

No. 84–6942. TRAVIS *v.* UNITED STATES; and
No. 85–5111. TRAVIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 758 F. 2d 657.

No. 84–6943. MAZAK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–6944. RANDALL *v.* KELLEHER, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 84–6945. HUNT *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 84–6947. CLARK *v.* BYRON JACKSON PUMP CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–6948. FIGUEROA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–6950. DUCHER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 84–6951. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6954. CAMPBELL *v.* OHIO DEPARTMENT OF JUSTICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6955. DAVENPORT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6956. ADAMS *v.* LYKES BROTHERS STEAMSHIP CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–6957. AUGUSTYNIAK *v.* KOCH, MAYOR OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–6958. ROBINSON *v.* COOKE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.